Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIC POLIS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking association; EQUIFAX, INC., a foreign corporation;<br><br>Defendants. | Case No.: 2:16-cv-01329-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF BANK OF AMERICA, N.A. WITH PREJUDICE** |

Plaintiff, Eric Polis, and Defendant, Bank of America, N.A. ("BANA") (collectively referred to as "Parties") have executed a settlement agreement which fully and finally resolves all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

///

///

///

Page 1 of 3

1  Therefore, the Parties, by and through their respective attorneys of record, and subject to
2  the court's approval, respectfully request dismissal of the above-captioned matter with prejudice
3  as to BANA, with each party bearing their own attorneys' fees and costs incurred in this matter.
4  Respectfully Submitted.

Dated: August 24, 2016.                                   Dated: August 24, 2016.

**LAW OFFICE OF**                                         **AKERMAN LLP**
**KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*                                  */s/ Rex Garner*
Kevin L. Hernandez, Esq.                                  Rex Garner, Esq.
Nevada Bar No. 12594                                      Nevada Bar No. 9401
9555 S. Eastern Avenue, Suite 220A                        1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89123                                   Las Vegas, Nevada 89144
*Attorney for Plaintiff*                                  *Attorneys for Defendant Bank of America, N.A.*

**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT BANK OF AMERICA, N.A.**

Pursuant to the stipulation of the Parties, BANA is dismissed from this action with prejudice. Plaintiff and BANA will bear their own attorneys' fees and costs incurred in this matter.

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: August 31, 2016

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF BANK OF AMERICA, N.A. WITH PREJUDICE** was electronically served via the U.S. District Court CM/ECF filing system to the following parties:

Rex Garner, Esq.
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
rex.garner@akerman.com
*Attorneys for Defendant Bank of America, N.A.*

Dated: August 24, 2016.

*/s/ Kristina Johnson*                .
Employee of Law Office of Kevin L. Hernandez